UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                    Case No: 8:23-cv-834-CEH-MRM

JOHN DOE,

    Defendant.
_____

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. 12), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Review of the docket reveals that Defendant has not filed an answer or a motion for summary judgment. Accordingly, this case is dismissed without prejudice by operation of Rule 41(a)(1)(A)(i).

The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties